COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Robert J. Sampia
L.P.C.C. DOC No. 704599
P.O. Box 2537
Lafayette, LA 70502

**REHEARING ACTION: May 26, 2010**

**Docket Number: 10   00146-KM**

**STATE OF LOUISIANA
VERSUS
ROBERT J. SAMPIA**

**Motion from Lafayette Parish Case No. 116386**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert J. Sampia** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent